SERGE N. SEREBREN, Formerly Known as SERGEI NIKOLAEVICH SEREBRENIKOV, Respondent, v. REINSURANCE COMPANY SALAMANDRA OF COPENHAGEN, DENMARK, Appellant.— Order affirmed, with twenty dollars costs and disbursements, with leave to the defendant to answer within ten days from service of order upon payment of said costs. No opinion. Present — Finch, P. J., Merrell, Martin, O'Malley and Untermyer, JJ.

CHARLES GASPARI, by PIETRO GASPARI, His Guardian ad Litem, and PIETRO GASPARI, Respondents, v. MOSES BERGER, Appellant.— Judgment affirmed, with costs. No opinion. Present — Finch, P. J., Merrell, Martin, O'Malley and Untermyer, JJ.

EDWARD F. ADDISS and Others, Appellants, v. ELSA RAYNOR SELIG, Respondent. — Judgment and order affirmed, with costs. No opinion. Present — Finch, P. J., Merrell, Martin, O'Malley and Untermyer, JJ. [147 Misc. 731.]

In the Matter of the Judicial Settlement of the Account of Proceedings of JULIUS WEIMAN, as Administrator, etc., of ANNA WEIMAN, Deceased.*— Decree so far as appealed from affirmed, with costs. No opinion. Present — Finch, P. J., Merrell, Martin, O'Malley and Untermyer, JJ.

CHRISTINE E. PETERSON, Appellant, v. EDWARD G. PETERSON, Respondent.— Judgment affirmed. No opinion. Present — Finch, P. J., Merrell, Martin, O'Malley and Untermyer, JJ.

ELSIE C. MCCORMACK, Appellant, v. GLEN OAKS DEVELOPMENT CORPORATION, Respondent, Impleaded with Others.— Order reversed in so far as it grants the motion to set aside verdict in favor of plaintiff against said defendant, with costs and disbursements to the appellant, and the verdict reinstated. No opinion. Present — Finch, P. J., Merrell, Martin, O'Malley and Untermyer, JJ.

HORTENSE L. CONDON, in Her Own Behalf and in Behalf of All Other Members of Fifth Church of Christ, Scientist, a Religious Corporation, Who May Join, Appellant, v. THOMAS B. TAYLOR and Others, Respondents.†— Judgment and orders affirmed, with costs. No opinion. Present — Finch, P. J., Merrell, Martin, O'Malley and Untermyer, JJ.; Martin, J., dissents and votes to reverse and deny the motions.

HORTENSE L. CONDON, in Her Own Behalf and in Behalf of All Other Members of Fifth Church of Christ, Scientist, a Religious Corporation, Who May Join, Appellant, v. GUY PARKHURST ESTES and Another, Defendants, Impleaded with F. COLBURN PINKHAM and Others, Respondents.†— Judgment and orders affirmed, with costs. No opinion. Present — Finch, P. J., Merrell, Martin, O'Malley and Untermyer, JJ.; Martin, J., dissents and votes to reverse and deny the motions.

FLORA M. KOCH and Another, Appellants, v. THOMAS B. TAYLOR and Others, Respondents.†— Judgment and orders affirmed, with costs. No opinion. Present — Finch, P. J., Merrell, Martin, O'Malley and Untermyer, JJ.; Martin, J., dissents and votes to reverse and deny the motions. [146 Misc. 249.]